11 CIV 6916

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL HOUSING FINANCE AGENCY, AS
CONSERVATOR FOR THE FEDERAL NATIONAL
MORTGAGE ASSOCIATION AND THE FEDERAL
HOME LOAN MORTGAGE CORPORATION,

Case No.

ECF Case

Plaintiffs,

v.

COUNTRYWIDE FINANCIAL CORPORATION;
COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE CAPITAL MARKETS, LLC;
COUNTRYWIDE SECURITIES CORPORATION;
CWALT INC.; CWABS, INC.; CWMBS, INC.; BANK
OF AMERICA CORPORATION; BANK OF
AMERICA, N.A.; NB HOLDINGS CORPORATION;
BANC OF AMERICA SECURITIES LLC; CITIGROUP
GLOBAL MARKETS, INC.; DEUTSCHE BANK
SECURITIES INC.; RBS SECURITIES, INC. (f/k/a
GREENWICH CAPITAL MARKETS, INC.); UBS
SECURITIES, LLC; N. JOSHUA ADLER; THOMAS H.
BOONE; JEFFREY P. GROGIN; RANJIT KRIPALANI;
STANFORD KURLAND; THOMAS KEITH
MCLAUGHLIN; JENNIFER S. SANDEFUR; ERIC
SIERACKI; DAVID A. SPECTOR,

Defendants.

FED. R. CIV. P. 7.1
CORPORATE
DISCLOSURE
STATEMENT

SEP 3 0 2011

U.S.D.C. S.
CASHI

Pursuant to Federal Rule of Civil Procedure 7.1, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWABS, Inc. and CWMBS, Inc. (together, the "Countrywide Defendants"), by and through their undersigned counsel hereby certify that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Countrywide Securities Corporation is a subsidiary of Countrywide Capital Markets, Incorporated.  Bank of America Corporation ("Bank of America") is the ultimate parent to all of the Countrywide Defendants and their parent companies.  Bank of America is a publicly held corporation whose shares are traded on the New York Stock Exchange.  It has no parent corporation, and no publicly-held corporation owns more than 10% of Bank of America's shares.

Dated: September 30, 2011          Respectfully submitted,

Mark Holland (MH6494)
mholland@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel. (212) 813-8800

Brian E. Pastuszenski (*pro hac vice* application forthcoming)
bpastuszenski@goodwinprocter.com
Don M. Kennedy (*pro hac vice* application forthcoming)
dkennedy@goodwinprocter.com
John J. Falvey (*pro hac vice* application forthcoming)
jfalvey@goodwinprocter.com
John B. Daukas (*pro hac vice* application forthcoming)

jdaukas@goodwinprocter.com
Alexis L. Shapiro (AS7538)
ashapiro@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
Tel. (617) 570-1000

*Attorneys for Defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, Countrywide Securities Corporation, CWALT, Inc., CWMBS, Inc., and CWABS, Inc., CWMBS, Inc., and N. Joshua Adler*