UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE CAPITAL MARKETS, LLC; COUNTRYWIDE SECURITIES CORPORATION; CWALT INC.; CWABS, INC.; CWMBS, INC; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; NB HOLDINGS CORPORATION; BANC OF AMERICA SECURITIES LLC; CITIGROUP GLOBAL MARKETS, INC.; DEUTSCHE BANK SECURITIES INC.; RBS SECURITIES, INC. (f/k/a GREENWICH CAPITAL MARKETS, INC.); UBS SECURITIES, LLC; N. JOSHUA ADLER; THOMAS H. BOONE; JEFFREY P. GROGIN; RANJIT KRIPALANI; STANFORD KURLAND; THOMAS KEITH MCLAUGHLIN; JENNIFER S. SANDEFUR; ERIC SIERACKI; DAVID A. SPECTOR,<br><br>Defendants. | No. 11-cv-6916 |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants Bank of America Corporation; Bank of America, N.A.; NB Holdings

-2-

Corporation, and Bank of America Securities LLC (the "Bank of America Defendants"), hereby certifies as follows:

Defendant Bank of America Corporation is the ultimate corporate parent of all of the Bank of America Defendants and their respective parent companies, other than itself, and owns 100% of their common stock.  Bank of America Corporation is itself a publicly held corporation whose shares are traded on the New York Stock Exchange.  Bank of America Corporation has no parent, and no publicly-held corporation owns 10% or more of Bank of America Corporation's stock.

Dated:  October 4, 2011

Respectfully submitted,

*s/ Megan A. Hughes*
Megan A. Hughes (mhughes@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth St. NW
Washington, DC 20005
Telephone:  202-434-5000
Facsimile:  202-434-5029

*Attorney for Defendants Bank of America Corporation; Bank of America, N.A.; NB Holdings Corporation; and Banc of America Securities LLC.*

**CERTIFICATE OF SERVICE**

    I certify that on October 4, 2011, a copy of the foregoing Rule 7.1 Corporate Disclosure Statement was filed through the ECF system, which will send copies electronically to all counsel on the Court's electronic filing system for this action.

                Respectfully submitted,

                *s/ Megan A. Hughes*
                Megan A. Hughes (mhughes@wc.com)
                WILLIAMS & CONNOLLY LLP
                725 Twelfth St. NW
                Washington, DC 20005
                Telephone:  202-434-5000
                Facsimile:  202-434-5029